**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

ANTONIO COLBERT,                        )
                                        )
                    Plaintiff,          )
                                        )
        v.                              )       Civil Action No.        **10 1400**
                                        )
CATHOLIC CHARITIES,                     )
                                        )
                    Defendant.          )

## MEMORANDUM OPINION

This matter is before the Court upon consideration of plaintiff's application to proceed *in forma pauperis* and his *pro se* complaint. The application will be granted, and the complaint will be dismissed.

Plaintiff brings this civil action against Catholic Charities "for several reasons, but necessarily for money!" Compl. at 2. He alleges that its staff has harassed him and has caused him personal injury. *Id.* He demands removal of the offending staff members, or, alternatively, an award of $10,000. *Id.*

Federal district courts have jurisdiction in civil actions arising under the Constitution, laws or treaties of the United States. *See* 28 U.S.C. § 1331. In addition, federal district courts have jurisdiction over civil actions where the matter in controversy exceeds $75,000, and the suit is between citizens of different states. *See* 28 U.S.C. § 1332(a).

Plaintiff neither establishes federal question jurisdiction by stating a claim under the Constitution, laws or treaties of the United States, nor establishes that diversity jurisdiction by alleging the parties' citizenship in different states.

The Court will dismiss the complaint without prejudice for lack of subject matter

jurisdiction.  An Order consistent with this Memorandum Opinion is issued separately.

_Gladys Kessler_
United States District Judge

DATE: Aug. 12, 2010